# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA TO A DIVISION OF SAID COURT

:   No. 370 Common Pleas Judicial
:   Classification Docket
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of December, 2021, upon consideration of the Petitions of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the reassignment of Judges to divisions of the court, it is hereby **ORDERED** that the Petitions are **GRANTED** and the following reassignments are approved:

      Family Division to Trial Division

      The Honorable Deborah Cianfrani
      The Honorable Jennifer Schultz

      Trial Division to Orphans Division

      The Honorable Stella M. Tsai